In the Matter of the Transfer Tax upon the Estate of HARMON HENDRICKS, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; BLANCHE HENDRICKS, Individually and as Executrix of HARMON HENDRICKS, Deceased, Respondent.

*Matter of Hendricks,* 163 App. Div. 413, affirmed.
(Argued February 26, 1915; decided March 16, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 17, 1914, which reversed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Harmon Hendricks, deceased.

*Schuyler C. Carlton, Alexander Otis* and *Lafayette B. Gleason* for appellant.

*T. Ludlow Chrystie* and *Samuel Riker, Jr.,* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN and MILLER, JJ. Not sitting: CARDOZO, J. Absent: SEABURY, J.